IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR68-1 |
| | : | |
| GREGORY MARCUS LEA | : | |



The Grand Jury charges:

COUNT ONE

On or about August 12, 2024, in the County of Alamance, in the Middle District of North Carolina, GREGORY MARCUS LEA knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about August 12, 2024, in the County of Alamance, in the Middle District of North Carolina, GREGORY MARCUS LEA, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, as more fully

referenced in Count One of this Indictment, did knowingly possess a firearm, that is, a Shadow Systems 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

DATED: February 24, 2025

RANDALL S. GALYON
Acting United States Attorney

BY: LINDSEY A. FREEMAN
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON